UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 11-7-DLB-EBA

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                **ORDER ADOPTING REPORT AND RECOMMENDATION**

DANNY P CHAFFIN, JR,                                                  DEFENDANT

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

This matter is before the Court upon the February 7, 2018 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoke Defendant Danny Chaffin's supervised release and impose a sentence of ten (10) months incarceration, with no supervised release to follow. (Doc. # 67). During the Final Revocation Hearing, conducted by Judge Atkins on January 30, 2018, the Defendant stipulated to the allegations contained in the Violation Report. (Doc. # 65).

Defendant having executed a waiver of his right to allocution (Doc. # 66), and the time for filing objections to the R&R having passed, this matter is now ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 67) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

1

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **ten (10) months**, with **no term of supervised release to follow**; and

(5) A Judgement shall be entered concurrently herewith.

This 28th day of February, 2018.



Signed By:
*David L. Bunning*   DB
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2011\11-7 Order Adopting R&R Re SRV.docx